TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00586-CR







Alberto Garcia, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 9040606, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's fourth motion for extension of time to file brief is granted in part. 
Appellant's counsel, Paul Evans, is ordered to tender a brief in this cause no later than
November 6, 2009.

It is ordered October 23, 2009. 


Before Justices Patterson, Puryear and Pemberton

Do Not Publish